**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**
_____

NORA CANDELARIA,

      Plaintiff,

    v.                                   No. 2:18-cv-725-WJ-GBW

MOLINA HEALTHCARE, INC. and
MOLINA HEALTHCARE OF NEW
MEXICO, INC.,

      Defendants.

## JUDGMENT

    **THIS MATTER** comes before the Court on Defendants' Motion to Dismiss any Remaining Claims and for Sanctions [Doc. 45], filed October 11, 2019. Pursuant to the findings and conclusions set forth in the Court's Memorandum Opinion and Order [Doc. 50], which accompanies this Rule 58 Judgment, this case is dismissed without prejudice.

    **IT IS THEREFORE ORDERED** and **ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**, thus disposing of this case in its entirety.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**